| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | RANDY HERCULES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00030-JDP |
| Plaintiff, | **STIPULATION TO EXTEND PROBATION AND CONTINUE REVIEW HEARING; ORDER** |
| vs. | |
| RANDY HERCULES, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Mr. Hercules's term of unsupervised probation be extended to expire on August 1, 2019, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to July 9, 2019.

The parties stipulate that Defendant's unsupervised probation be extended to allow additional time to pay the remainder of the court ordered fine. Mr. Hercules has had no new law violations. Unfortunately, he was forced to resign from his previous employment and has been unemployed for the past several months. Currently, Mr. Hercules is travelling to North Carolina to begin a new job. As of today's date, he has submitted his next payment, and the new employment will allow him to finish paying his fine by the end of June 2019.

Accordingly, the parties request that the Court extend Mr. Hercules's probation by seven months. Further, the parties ask the Court to continue the review hearing to July 9, 2019.

|   |                        |                                                                                                 |
|---|------------------------|-------------------------------------------------------------------------------------------------|
|   |                        | Respectfully submitted,                                                                         |
|   |                        | McGREGOR W. SCOTT<br>United States Attorney                                                     |
|   | Date: January 7, 2019  | */s/ Susan St. Vincent*<br>SUSAN ST. VINCEN<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   |                        | HEATHER E. WILLIAMS<br>Federal Defender                                                         |
|   | Date: January 7, 2019  | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>RANDY HERCULES |

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the January 29, 2019 review hearing for Randy Hercules, Case No. 6:15-mj-00030-JDP, is continued to July 9, 2019 at 10:00 a.m. Mr. Hercules's probation is extended to August 1, 2019.

IT IS SO ORDERED.

Dated: January 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE