HEATHER E. WILLIAMS, SBN122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
RANDY HERCULES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-30-MJS |
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVIEW HEARING |
| v. | |
| RANDY HERCULES, | Date: July 09, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer, and CHRISTINA SINHA, Assistant Federal Defender, attorney for RANDY HERCULES, that the review hearing currently set for July 09, 2019 may be vacated.

On January 08, 2019, Mr. Hercules' probation was extended to afford him additional time to pay the remainder of his fine. ECF 18. Mr. Hercules has since paid his fine in full. Accordingly, the parties respectfully request that the Court vacate the July 09, 2019 review hearing.

/

//

///

////

-1-

/////

DATED: July 02, 2019                              Respectfully submitted,

                                                  HEATHER WILLIAMS
                                                  Federal Defender

                                                  */s /Christina Sinha*
                                                  CHRISTINA SINHA
                                                  Assistant Federal Defender
                                                  Attorneys for Defendant
                                                  RANDY HERCULES


Dated: July 02, 2019


                                                  */s/ Christina Sinha for*
                                                  SUSAN ST. VINCENT
                                                  Legal Officer

## **ORDER**

    Per the stipulation of counsel, the July 9, 2019 review hearing in *United States v. Hercules*, 15-mj-30, is cancelled.

IT IS SO ORDERED.


Dated:  July 3, 2019                              _____
                                                  UNITED STATES MAGISTRATE JUDGE